# EXHIBIT B

**OFFICE OF THE SECRETARY**

SOUTH DAKOTA DEPARTMENT OF HEALTH

December 16, 2022

Susan Williams Bill
The Transformation Project, Inc.
401 E. 8th St. Suite 214-3022
Sioux Falls, SD 57103
(605) 610-8579
susan@transformationprojectsd.org

Sent via email and U.S. mail

RE:  Termination of State Contract #23SC090939

Dear Ms. Bill,

      This letter is notice of the State's termination of contract #23SC090939 ("Contract") with cause. Under the contract, the Transformation Project, Inc. was obligated to:

- Create a Community Healthcare Worker ("CHW") Program with "at least one certificate-level CHW." (Contract Page 1, ¶ F[1]).
- Develop infrastructure for the CHW program, including billing, documentation, human resources, marketing, and communication. (Contract Page 1, ¶ F[2]).
- Develop awareness efforts so providers understand the CHW program. (Contract Page 1, ¶ F[3]).
- Participate in the Community Health Worker Collaborative of South Dakota annual conference. (Contract Page 1, ¶ F[4]).
- Collect and share clinical data to evaluate the CWH program, as required by the Centers for Disease Control and Prevention. (Contract Page 2, ¶ F[6]).
- Provide success stories using the provided template. (Contract Page 2, ¶ F[7]).
- Acknowledge the Department of Health as the funding source for funded materials. (Contract Page 2, ¶ F[8]).
- Utilize existing CHWSD or DOH resources prior to developing new materials. (Contract Page 2, ¶ F[9]).
- Provide quarterly report to the CHWSD and the State for Quarter 1 (June 1st to August 30th), Due Sept. 15, 2022. (Contract Page 2, ¶ F[10(a)]).
- Provide quarterly report to the CHWSD and the State for Quarter 2 (Sept. 1st to Nov. 31st), Due Dec. 15, 2022. (Contract Page 2, ¶ F[10(b)]).



OFFICE OF THE SECRETARY

    The Transformation Project, Inc. failed to perform these obligations under the Contract. Accordingly, the State finds you in material breach of the Contract. Pursuant to Contract Page 4, ¶ C, the State may terminate "for cause at any time, with or without notice." Accordingly, the Contract is terminated effectively immediately.

    Any outstanding payment will be made consistent with SDCL Chapter 5-26.

Sincerely,

Lynne Valenti, J.D.
Deputy Secretary
605-773-6188
lynne.valenti@state.sd.us