UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| THE TRANSFORMATION PROJECT, INC., and JACK FONDER, | : | No. 4:23-CV-04021-KES |
| Plaintiffs, | : | |
| v. | : | |
| GOVERNOR KRISTI NOEM, in her official capacity only, and SECRETARY OF HEALTH MELISSA MAGSTADT, in her official capacity only, | : | **STIPULATION FOR DISMISSAL** |
| Defendants. | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

The parties stipulate that, without further notice or hearing, the Court may enter an order dismissing this case with prejudice, with each party bearing its own costs.

Dated this 1st day of February, 2024.

ROBINS KAPLAN LLP

By /s/ Brendan V. Johnson
Brendan V. Johnson
Erica A. Ramsey
Timothy W. Billion
Thad A. Titze
140 North Phillips Avenue, Suite 307
Sioux Falls, SD 57104
bjohnson@robinskaplan.com
eramsey@robinskaplan.com
tbillion@robinskaplan.com
ttitze@robinskaplan.com
*Attorneys for Plaintiffs*

- 2 -

Case Number: 4:23-CV-04021-KES
Stipulation for Dismissal

Dated this 1st day of February, 2024.

                                              WOODS, FULLER, SHULTZ & SMITH P.C.

By _/s/ James E. Moore_____
James E. Moore
P.O. Box 5027
300 South Phillips Avenue, Suite 300
Sioux Falls, SD 57117-5027
Ph.: (605) 336-3890
Email: James.Moore@woodsfuller.com
*Attorneys for Defendants*

- 2 -